IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD ESCAMILLA,                    No. CIV S-03-1503 MCE KJM P

    Petitioner,

  v.                                   ORDER

J. HAMLET, Warden,

    Respondent.

_____/

    Petitioner is a prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. §2254. On March 4, 2005, the magistrate judge issued findings and recommendations, recommending that respondent's motion to dismiss be granted. Petitioner did not file objections within the fifteen day period given to him by the magistrate judge. On March 25, 2005, this court adopted the findings and recommendations and granted the motion to dismiss. Judgment was entered the same day.

///

///

1

1     On March 31, 2005, petitioner filed a request "for leave of
2 the court to file a belated response opposition to the
3 magistrate's findings and recommendations. Because judgment has
4 been entered, a request for an extension of time is not
5 appropriate. Moreover, although petitioner relies on his
6 ignorance of law and procedures, he has not satisfied the
7 requirements of rule 60(b) of the Federal Rules of Civil
8 Procedure for relief from the judgment.
9     Accordingly, IT IS ORDERED that petitioner's March 31, 2005
10 request for an extension of time is denied.
11 DATE: May 3, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2